United States District Court
for the
Southern District of Florida

Broderick Jabber Williams, )
Petitioner, )
)
v. ) Civil Action No. 18-23529-Civ-Scola
)
Leslie Billy, and others, )
Respondents.

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On June 3, 2019, Judge Reid issued a report, recommending that the Court dismiss this case without prejudice because this action has been improperly pursued by the Petitioner's mother, *pro se*, and not by the Petitioner himself. (Report of Magistrate, ECF No. 23.) The Petitioner has not filed objections to the report and the time to do so has passed, considering that Petitioner is no longer incarcerated.

The Court has considered Judge Reid's report, the record, and the relevant legal authorities. The Court finds Judge Reid's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Reid's report and recommendation (ECF No. 23). The Court **dismisses** this case **without prejudice** for the reasons stated in the report and recommendation (ECF No. 23). The Court directs the **Clerk** to **close** this case. All pending motions are **denied as moot**.

**Done and ordered**, at Miami, Florida, on June 18, 2019.

_____
Robert N. Scola, Jr.
United States District Judge